ACCEPTED
12-13-00386-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/9/2015 11:43:57 PM
CATHY LUSK
CLERK

Cause No. 12-13-00386-CR

In the Court of Appeals for the
Twelfth Judicial District at Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/9/2015 11:43:57 PM
CATHY S. LUSK
Clerk

WILLIE OWENS III.,
Appellant

V.

STATE OF TEXAS,
Appellee

On Appeal from Cause No. 2012-0096 in the
217th Judicial District Court of Angelina County, Texas

**State's Third Motion for Extension (Unopposed)**

**To the Honorable Justices of this Court:**

Appellee, State of Texas, moves for a 1-day extension of time to file its brief.

I.

Under the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R. App. P. 38.6(b). Appellant's Brief was file on December 15, 2014, giving the State until Wednesday January 14, 2015 to file its brief. The State requested a 7-

1

day extension of time on Wednesday January 14, 2015 and a 10-day extension of time on Wednesday, January 21, 2015 which would make the brief due Monday February 2, 2015 due to January 31, 2015 falling on a weekend. State requested a 7-day extension of time which would make the brief due Monday February 9, 2015.

The State of Texas now requests a 1-day extension of time in which to file its brief.

## II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1.      Counsel for the State was working on and completed two other briefs during this time-frame in *Johnson v. State*, No. 12-14-00160-CR and *Albro v. State*, No. 12-14-00182-CR. Counsel for the State is also actively working on *Dominey v. State*, No. 12-14-00226-CR, *Finley v. State*, No. 12-14-00005-CR, and *Alfred v. State*, No. 12-14-00319-CR during the same time frame.

2.      Counsel for the State has had to extensively research and prepare for the third issue in the brief.

3.      Counsel for the State had to prepare for a jury trial in *State v. Duron*, No. 2014-0323 and *State v. Taylor*, No. 2014-0145 both of which were scheduled

2

for jury selection on February 2, 2015 and March 2, 2015. This is in addition to the normal felony criminal docket counsel must prepare for.

4.      Counsel for the State has requested a total of less than thirty (30) days extension combined, is 95% done with the State's Brief, has been ill and out of work for the most part of the past 5 days, and made a good-faith effort to complete State's Brief prior to the February 9, 2015 deadline.

5.      Counsel for the Appellant is unopposed to this motion.

III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the State's first motion for extension, and it is not brought for purposes of delay or harassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 1-day extension to file its State's Brief in this matter.

Respectfully Submitted,

        /s/ April Ayers-Perez
Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
aperez@angelinacounty.net

3

Attorney for Appellee<br>State of Texas

## Certificate of Service

I do certify that on February 9, 2015 a true and correct copy of the above document has been served electronically to Al Charanza, attorney for Appellant, Willie Owens, III., through efile.txcourts.gov.

/s/ April Ayers-Perez

## Certificate of Conference

I certify that on February 9, 2015 I conferred with Al Charanza via email about this motion, and certify that he was unopposed to a 1-day extension.

/s/ April Ayers-Perez